ORIGINAL

1  Todd M. Friedman (216752)
2  Darin Shaw (251037)
   Law Offices of Todd M. Friedman, P.C.
3  369 S. Doheny Dr. #415
4  Beverly Hills, CA 90211
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@attorneysforconsumers.com
7  dshaw@attorneysforconsumers.com
   Attorney for Plaintiff

FILED 2011 JUL -5 P 5:08 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

LB

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHRISTINE MACTERNAN, | ) Case No. CV 11 3293 |
|---|---|
| Plaintiff, | ) COMPLAINT FOR VIOLATION |
| vs. | ) OF FEDERAL FAIR DEBT ) COLLECTION PRACTICES ACT ) AND ROSENTHAL FAIR DEBT |
| GLOBAL CREDIT & COLLECTION CORP., | ) COLLECTION PRACTICES ACT ) |
| Defendant. | ) ) |

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Complaint - 1

## II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. §1692k (d).

## III. PARTIES

3. Plaintiff, Christine Macternan ("Plaintiff"), is a natural person residing in San Francisco county in the state of California, and is a "consumer" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

4. At all relevant times herein, Defendant, Global Credit & Collection Corp., ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiff which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## IV. FACTUAL ALLEGATIONS

5. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiff in an attempt to collect an alleged outstanding debt.

6. On or about February 15, 2011, Defendant sent a letter to Plaintiff regarding an alleged debt owed to Citibank. In that letter, Defendant stated the amount due as $1,113.87.

7. On or about February 17, 2011, Plaintiff paid Defendant $1,113.87, the amount owed in full, as stated in the February 15, 2011, letter. At that time, Defendant failed to issue anything to Plaintiff in writing stating that the alleged debt had been paid in full.

8. A few weeks after paying the alleged debt in full, Defendant began calling Plaintiff repeatedly to demand more money. Defendant told Plaintiff that she owed interest that Citibank had asked for about an hour after the February 17, 2011, payment of $1,113.87.

9. Plaintiff's debt has been paid in full, as the amount paid is the amount demanded by Defendant in the February 15, 2011, letter. Plaintiff's payment to Defendant was a mere two days after the letter from Defendant. Plaintiff has documentation from her bank reflecting the payment of $1,113.87. Defendant's demand for more money came weeks after Plaintiff's payment of the alleged debt in full.

10. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

   a) Falsely representing the character, amount, or legal status of Plaintiff's debt, including, but not limited to,

attempting to collect more money weeks after Plaintiff paid the debt in full(§1692e(2)(A));

b) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff, including, but not limited to, attempting to collect more money weeks after Plaintiff paid the debt in full (§1692e(10);

c) Collecting an amount from Plaintiff that is not expressly authorized by the agreement creating the debt, including, but not limited to, attempting to collect more money weeks after Plaintiff paid the debt in full (§1692f(1)); and

d) Collecting an amount from Plaintiff that is not permitted by law, including, but not limited to, attempting to collect more money weeks after Plaintiff paid the debt in full (§ 1692f(1)).

11.   As a result of the above violations of the FDCPA and RFDCPA Plaintiff suffered and continues to suffer injury to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiff for Plaintiff's actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

12.   Plaintiff reincorporates by reference all of the preceding paragraphs.

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

    B.    Actual damages;

    C.    Statutory damages;

    D.    Costs and reasonable attorney's fees; and,

    E.    For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

13.    Plaintiff reincorporates by reference all of the preceding paragraphs.

14.    To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

    A.    Declaratory judgment that Defendant's conduct violated the RFDCPA;

    B.    Actual damages;

    C.    Statutory damages for willful and negligent violations;

    D.    Costs and reasonable attorney's fees,

    E.    For such other and further relief as may be just and proper.

**PLAINTIFF HEREBY REQUESTS A TRIAL BY JURY**

Respectfully submitted this 30th day of June, 2011.

By: _____
Todd M. Friedman
Attorney for Plaintiff,
Christine Macternan