Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTINE MACTERNAN,** | ) Case No. 4:11-CV-03293-LB |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| **GLOBAL CREDIT & COLLECTION CORP** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 16th day of December, 2011.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 16th day of December, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 16th day of December, 2011, via the ECF system to:

Honorable Laurel Beeler
Judge of the United States District Court
Northern District of California

Copy sent via mail on this 16th day of December, 2011, to:

Grace Felipe, Esq.
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA 90045

By: s/Todd M. Friedman
    Todd M. Friedman